UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LATASHA WILSON,

    Plaintiff,

v.                                             CASE NO. 3:16cv348/MCR/EMT

FRESH START FOR CHILDREN AND
FAMILIES, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 14, 2016.  ECF No. 10.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	The complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this 13th day of December 2016.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**